FRANK HASTINGS *v.* RICHARD CROMIE
(3428)

HULL, SPALLONE and DALY, Js.

Argued May 14—decision released June 11, 1985

*Edward Morelli,* for the appellant (plaintiff).

*Constance L. Epstein,* for the appellee (defendant).

PER CURIAM. A thorough review of the record, transcripts and briefs fails to disclose any basis to support the plaintiff's claims of error.

There is no error.